IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 09-27649-CMB |
| DAVID C CASTELUCCI and REBECCA J. CASTELUCCI, | Chapter 13 |
| Debtors | Document No. |
| DAVID C CASTELUCCI and REBECCA J. CASTELUCCI | |
| Movants | |
| vs. | |
| DITECH FINANCIAL, LLC, successor in interest to GREEN TREE and GREEN TREE | |
| Respondents | |

## ORDER REOPENING CASE

Upon consideration of the motion of David & Rebecca Castelucci, Debtors, to reopen this estate and this case for the purpose of the prosecuting a Motion to hold DiTech in Contempt and for good cause being shown, therefore, it is

**ORDERED** that this case ~~and adversary proceeding~~ be, and the same is, reopened for the aforesaid purposes only. The reopening fees are hereby waived.

BY THE COURT:

Date: 7/14/16

_/s/ Carlotta Bohm_
Carlotta Bohm, Judge
U.S. Bankruptcy Court

cc.  Edgardo D. Santillan
James A. Prostko, Esquire
Ronda J. Winnecour, Esquire
U.S. Trustee

FILED
7/15/16 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                       Case No. 09-27649-CMB
David C. Castelucci                                          Chapter 13
Rebecca J. Castelucci
       Debtors                 CERTIFICATE OF NOTICE
District/off: 0315-2         User: culy              Page 1 of 3             Date Rcvd: Jul 15, 2016
                             Form ID: pdf900        Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2016.
db/jdb        +David C. Castelucci,    Rebecca J. Castelucci,    130 Castel Avenue,
                Beaver Falls, PA 15010-8520
cr            +BANK OF AMERICA, N.A.,    2380 Performance Drive,    Richardson, TX 75082-4333
cr            +First Commonwealth Bank,    c/o McGrath Law Group, P.C.,    Three Gateway Center, Suite 1375,
                401 Liberty Avenue,    Pittsburgh, PA 15222-1034
              +James Prostko, Esq.,    555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
12477346      +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    Mail Stop PTX-B-281,
                Plano, TX 75024-4100
13556679      +BAC Home Loans Servicing, LP,    3523 S. Lancaster Rd.,    Dallas, TX 75216-5626
12421480     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
12567629       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                Charlotte, NC 28272-1083
12421481      +Capital One, N.a.,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
12421482      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12551477       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12421483      +Chase- Cha,    Po Box 7090,    Mesa, AZ 85216-7090
12429633      +Citizens Auto Finance,    480 Jefferson Blvd,    RJE 135,    Warwick, RI 02886-1359
12421484      +Citizens Bank,    480 Jefferson Blvd,    Rje 135,    Warwick, RI 02886-1359
12421485      +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
                Simi Valley, CA 93062-5170
12421486     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,     Attn: Bankruptcy Dept.,
                12234 North Ih 35,    Austin, TX 78753)
12513209      +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
12467210      +First Commonwealth Bank,    c/o Matthew R. Lubniewski, Esquire,    McGrath Law Group, P.C.,
                Three Gateway Center, Suite 1375,    401 Liberty Avenue,    Pittsburgh, PA 15222-1034
12421489       First Merit Bank,    III Cascade Plaza CAS 36,    Akron OH 44308
12526668      +First Merit Bank,    3 Cascade Plaza CAS25,    Akron, OH 44308-1103
12421490      +Hsbc/suzki,    Po Box 703,    Wood Dale, IL 60191-0703
12442315      +National City,    P.O. Box 94982,    Cleveland, OH 44101-4982
12421492      +Ncb/cols,    Attn: Bankruptcy,    6750 Miller Rd,    Brecksville, OH 44141-3262
12499922      +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
12421494      +Wfs Financial/Wachovia Dealer Services,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Jul 16 2016 00:47:29     Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr            +E-mail/Text: bknotice@ncmllc.com Jul 16 2016 00:48:25     National Capital Management, LLC,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:21
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 00:46:21
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
12529448       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2016 00:47:02      CR Evergreen, LLC,
                MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13425863      +E-mail/Text: bnc@bass-associates.com Jul 16 2016 00:47:29     Capital One, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
12447738       E-mail/Text: mrdiscen@discover.com Jul 16 2016 00:47:30     DISCOVER BANK,    DFS Services LLC,
                PO Box 3025,    New Albany, Ohio 43054-3025
12462933       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2016 00:47:03
                Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                Greenville, SC 29603-0390
12421487      +E-mail/Text: mrdiscen@discover.com Jul 16 2016 00:47:30     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
13245630      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 16 2016 00:46:24
                East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                Greenville, SC 29602-0288
12421488       E-mail/Text: bankruptcynotice@fcbanking.com Jul 16 2016 00:47:37     First Commonwealth Ban,
                Philadelphia And Sixth Streets,    Indiana, PA 15701
13621419       E-mail/Text: bankruptcy.bnc@gt-cs.com Jul 16 2016 00:47:44     Green Tree Servicing, LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
12522524      +E-mail/Text: bnc@bass-associates.com Jul 16 2016 00:47:29     HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
13422346      +E-mail/Text: cio.bncmail@irs.gov Jul 16 2016 00:47:43     Internal Revenue Service,
                1000 Liberty Ave Rm 705,    Pittsburgh, PA 15222-4014
12421491      +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2016 00:46:52     Lowes / MBGA,
                Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
12590901      +E-mail/Text: bknotice@ncmllc.com Jul 16 2016 00:48:25     National Capital Management, LLC.,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
```

```
District/off: 0315-2           User: culy                 Page 2 of 3                    Date Rcvd: Jul 15, 2016
                               Form ID: pdf900            Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12572790         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:21
                  Portfolio Recovery Associates,   PO Box 41067,    Norfolk VA 23451
12487794        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 16 2016 01:00:21
                  PRA Receivables Management, LLC,   As Agent of Portfolio Recovery Assocs.,   PO Box 12914,
                  Norfolk, VA 23541-0914
12436257         E-mail/PDF: rmscedi@recoverycorp.com Jul 16 2016 00:47:00
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13617198        +E-mail/Text: bnc@bass-associates.com Jul 16 2016 00:47:29     eCAST Settlement Corporation,
                  c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                             TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BAC Home Loans Servicing, LP
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
cr              First Merit Bank
cr              Green Tree
12421493        Oh Edison Cu
cr*             CHASE BANK USA, NA.,    PO BOX 15145,   WILMINGTON, DE  19850-5145
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                  GREENVILLE, SC 29602-0288
cr*            +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
                  Tucson, AZ 85712-1083
cr*            +PRA Receivables Management, LLC,    PO Box 41067,   Norfolk, VA 23541-1067
cr*            +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                  TUCSON, AZ 85712-1083
12590902*      +National Capital Management, LLC.,    8245 Tournament Drive,   Suite 230,
                  Memphis, TN 38125-1741,   USA
13586445*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
13609129*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                  Norfolk, VA 23541)
12421479       ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                     TOTALS: 5, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BAC Home Loans Servicing, LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    First Merit Bank bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Edgardo D. Santillan    on behalf of Debtor David C. Castelucci edscourt@debtlaw.com,
               edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
               m
              Edgardo D. Santillan    on behalf of Joint Debtor Rebecca J. Castelucci edscourt@debtlaw.com,
               edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.co
               m
```

```
District/off: 0315-2           User: culy                  Page 3 of 3                  Date Rcvd: Jul 15, 2016
                               Form ID: pdf900             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Joseph P. Schalk    on behalf of Creditor    Green Tree pawb@fedphe.com, joseph.schalk@phelanhallinan.com
        Luke A. Sizemore    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
        Matthew R. Lubniewski    on behalf of Creditor    First Commonwealth Bank mlubniewski@lenderlaw.com, mimperatore@lenderlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 9