IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| | : | |
| DAVID C CASTELUCCI and | : | Chapter 13 |
| REBECCA J. CASTELUCCI, | : | |
| | : | |
| Debtors | : | Document No. |
| _____ | : | |
| DAVID C CASTELUCCI and | : | |
| REBECCA J. CASTELUCCI | : | |
| | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| VERIRPO SOLUTIONS | : | |
| | : | |
| Respondent | : | |

## ORDER REOPENING CASE

Upon consideration of the motion of David & Rebecca Castelucci, Debtors, to reopen this estate and this case for the purpose of the prosecuting a Motion to hold Veripro Solutions in Contempt and for good cause being shown, therefore, it is

**ORDERED** that this case and adversary proceeding be, and the same is, reopened for the aforesaid purposes only. The reopening fees are hereby waived.

**BY THE COURT**:

Date:_____    _____
                               Carlotta Bohm, Judge
                               U.S. Bankruptcy Court

cc.   Edgardo D. Santillan
      Ronda J. Winnecour, Esquire
      U.S. Trustee