**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| | : | |
| DAVID C CASTELUCCI and | : | Chapter 13 |
| REBECCA J. CASTELUCCI, | : | |
| | : | |
| Debtors | : | Related Document No. 133 & 139 |
| _____ | : | |
| DAVID C CASTELUCCI and | : | |
| REBECCA J. CASTELUCCI | : | |
| | : | Hearing Date: 11/29/2017 @ 10:00a.m. |
| Movants | : | |
| vs. | : | |
| | : | |
| VERIRPO SOLUTIONS | : | |
| | : | |
| Respondent | : | |

# CERTIFICATION OF NO OBJECTION REGARDING
# MOTION TO REOPEN CHAPTER 13 CASE
# AT DOCUMENT NO. 133

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reopen filed on October 13, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Reopen Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Reopen Case were to be filed and served no later than October 30, 2017.

It is hereby respectfully requested that the Order to the Motion to Reopen Case be entered by the Court.

Dated: November 3, 2017            **/s/ Edgardo D. Santillan**
                                   Edgardo D. Santillan, Esquire
                                   PA ID# 60030
                                   SANTILLAN LAW FIRM, P.C.
                                   775 Fourth St.
                                   Beaver, PA 15009
                                   724-770-1040
                                   eds@debtlaw.com