UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| | : | |
| DAVID C CASTELUCCI and | : | Chapter 13 |
| REBECCA J. CASTELUCCI, | : | |
| | : | |
| Debtors | : | Related Document No. 140 & 141 |
| _____ | : | |
| DAVID C CASTELUCCI and | : | |
| REBECCA J. CASTELUCCI | : | |
| | : | |
| | : | Hearing Date: 11/29/2017 @ 10:00a.m. |
| Movants | : | |
| vs. | : | |
| | : | |
| VERIRPO SOLUTIONS | : | |
| | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR CONTEMPT AND MOTION FOR SANCTIONS FOR VILOATION OF
THE DISCHARGE INJUNCTION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Contempt and Motion for Sanctions filed on October 13, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Contempt and Motion for Sanctions appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Contempt and Motion for Sanctions were to be filed and served no later than October 30, 2017.

It is hereby respectfully requested that the Order to the Motion for Contempt and Motion for Sanctions be entered by the Court.

Dated: November 3, 2017                **/s/ Edgardo D. Santillan**
Edgardo D. Santillan, Esquire
PA ID# 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
eds@debtlaw.com