# PROCEEDING MEMO

**Date:** 11/29/2017 10:00 am

**In re:** David C. Castelucci and Rebecca J. Castelucci

Bankruptcy No. 09-27649-CMB
Chapter: 13
Doc. # 140

**Appearances:**

**Movant(s):** Edgardo D. Santillan for Debtors

**Respondent(s):** Winnecour / Bedford / Pail / Katz

**Creditor(s):**

**Nature of Proceeding:** Motion to Hold Veripro Solutions, Inc. in Contempt for Violating the Discharge Injunction and to Reimpose Automatic Stay

**Additional Pleadings:** #141 Certificate of Service; #145 CNO
NOTE: Case Reopened 11/9/2017

**Judge's Notes:** Per Debtor's counsel, the Debtor is proposing to modify payoff of 2nd mortgage. Debtor's counsel alleges that there was never an assignment filed. Debtor's counsel talked to representatives of Veripro by phone Veripro refused to have this resolved.

**Outcome:**

_X_ Motion is GRANTED _X_ Order Entered    Per Debtor's counsel, mortgage is still not satisfied and debt was paid in full via Ch. 13.

____ Motion is DENIED ____ Order entered

____ Motion WITHDRAWN    Court will grant reasonable attorneys' fees but not punitive damages.

____ Motion is DISMISSED ____ Order entered    Per Debtor's counsel, his hourly fee is $250 per hour.

____ Reschedule for Proper Service    Court will grant $3,000 in attorneys' fees and Court to adapt order.

____ Case DISMISSED ____ Order entered    Will add language to order.

____ Parties to submit Order/Settlement/Stipulation by____days

____ CONTINUED MATTER: ____for at least____days (Court to Issue Order)

____ ISSUE EVIDENTIARY HEARING NOTCE

____ Discovery time needed____days

____ Briefs to be filed:    Movant(s) brief due____days
Respondent(s) brief due____days
Trustee's brief due____days

Carlota M. Böhm
U.S. Bankruptcy Court

FILED
11/29/17 3:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA