IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| | : | |
| DAVID C CASTELUCCI and | : | Chapter 13 |
| REBECCA J. CASTELUCCI, | : | |
| | : | Related to: |
| Debtors | : | Document No. 140 |
| | : | |
| DAVID C CASTELUCCI and | : | |
| REBECCA J. CASTELUCCI | : | |
| | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| VERIPRO SOLUTIONS, INC. | : | |
| | : | |
| Respondent | : | |

## ORDER OF COURT

**AND NOW**, to-wit, this __29th__ day of __November__, 2017 upon consideration of the Debtors' Motion to Hold Veripro Solutions, Inc. Successor in interest to Countrywide Bank in contempt for violating the Discharge Injunction and to Reimpose Automatic Stay against Defendant, it is hereby:

**ORDERED, ADJUDGED and DECREED** that :

(1) Pursuant to 11 U.S.C. §105, this Court reimposes the automatic stay pursuant to 11 U.S.C. §362 against Veripro Solutions, Inc.;

(2) Respondent, Veripro Solutions, Inc. must satisfy Debtors' mortgage within thirty (30) days of this Order;

(3) Respondent is in Contempt of Court and awards Debtors' Counsel, Santillan Law Firm, PC and Edgardo D. Santillan, Esquire attorney fees in the amount of $3,000.00 associated with filing this Motion. Said amount to be paid to Edgardo D. Santillan, Esq. within thirty (30) days of the Court's Order;

(4) Failure of Respondent to either satisfy the mortgage, pay Debtors' counsel fees as set forth in this Order, shall subject it to further Sanctions, including further contempt fines, after notice and hearing. Attorney Santillan shall serve a copy of this Order on Veripro Solutions, Inc. and file a Certificate of Service with the Court.

**BY THE COURT:**

FILED
11/29/17 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David C. Castelucci  
Rebecca J. Castelucci  
     Debtors

Case No. 09-27649-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 1    Date Rcvd: Nov 29, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.  
db/jdb       +David C. Castelucci,   Rebecca J. Castelucci,   130 Castel Avenue,   Beaver Falls, PA 15010-8520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:

        Andrew F Gornall   on behalf of Creditor   BAC Home Loans Servicing, LP agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Brett A. Solomon   on behalf of Creditor   First Merit Bank bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
        Edgardo D. Santillan   on behalf of Debtor David C. Castelucci ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
        Edgardo D. Santillan   on behalf of Joint Debtor Rebecca J. Castelucci ed@santillanlaw.com, edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com  
        Joseph P. Schalk   on behalf of Creditor   Green Tree pawb@fedphe.com,   sromig@barley.com  
        Luke A. Sizemore   on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC lsizemore@reedsmith.com,   slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com  
        Matthew R. Lubniewski   on behalf of Creditor   First Commonwealth Bank mlubniewski@lenderlaw.com, mimperatore@lenderlaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com

                                                                                      TOTAL: 9