**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| | : | |
| DAVID C CASTELUCCI and | : | Chapter 13 |
| REBECCA J. CASTELUCCI, | : | |
| Debtors | : | Related Document No. 148 |
| _____ | : | |
| DAVID C CASTELUCCI and | : | |
| REBECCA J. CASTELUCCI | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| VERIPRO SOLUTIONS, INC. | : | |
| Respondent | : | |

### CERTIFICATION OF SERVICE

I, <u>Edgardo D. Santillan, Esquire of SANTILLAN LAW FIRM, PC., 775 FOURTH ST., Beaver, PA 15009</u> certify: That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 7th day of December 2017, **I SERVED ORDER DATED 11/29/2017 ON DEBTORS' MOTION TO HOLD VERIPRO SOLUTIONS IN CONTEMPT AND MOTION TO REIMPOSE AUTOMATIC STAY UPON THE FOLLOWING:**

| | |
|---|---|
| Office of the U.S. Trustee | Ronda J. Winnecour, Esquire |
| Suite 970, Liberty Center | Chapter 13 Trustee |
| 1001 Liberty Ave | 3250 US Steel Tower |
| Pittsburgh, PA 15222 | 600 Grant Street |
| **Via ECF Noticing** | Pittsburgh, PA 15219 |
| | **Via ECF Noticing** |
| | |
| Veripro Solutions, Inc. | Veripro Solutions, Inc. |
| 750 E. Highway 121, Suite 100 | 750 E. Highway 121 Suite 100 |
| Lewisville, TX 75067 | Lewisville, TX 75067 |
| Attn: David Beauchamp, Special Projects | Attn: Jim Fullen, President |
| **Via Certified mail Tracking No.** 9590 9402 1499 5329 9958 96 | **Via Certified Mail Tracking no.** 9590 9402 1499 5329 9959 02 |
| Via Email at <u>David.Beauchamp@veriprosolutions.com</u> | |

I certify under penalty of perjury that the foregoing is true and correct.
EXECUTED ON DECEMBER 7, 2017

<u>/S/ Edgardo D. Santillan</u>
Edgardo D. Santillan Esquire
PA ID No. 60030
SANTILLAN LAW FIRM PC
775 FOURTH ST.
Beaver, PA 15009
724-770-1040
<u>ed@santillanlaw.com</u>