### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| | : | |
| DAVID C CASTELUCCI and | : | Chapter 13 |
| REBECCA J. CASTELUCCI, | : | |
| | : | |
| Debtors | : | Related Document No. 151 & 153 |
| _____ | : | |
| DAVID C CASTELUCCI and | : | |
| REBECCA J. CASTELUCCI | : | |
| | : | Hearing Date: 2/28/2018 @ 11:00a.m. |
| Movants | : | |
| vs. | : | |
| | : | |
| VERIPRO SOLUTIONS | : | |
| | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO COMPEL VERIPRO SOLUTIONS TO SATISFY MORTGAGE &
## MOTION FOR SANCTIONS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel Veripro Solutions to Satisfy Mortgage and Motion for Sanctions filed on January 22, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Compel Veripro Solutions to Satisfy Mortgage and Motion for Sanctions appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Compel Veripro Solutions to Satisfy Mortgage and Motion for Sanctions were to be filed and served no later than February 12, 2018.

It is hereby respectfully requested that the Order to the Motion to Compel Veripro Solutions to Satisfy Mortgage and Motion for Sanctions be entered by the Court.

Dated: February 13, 2018        **/s/ Edgardo D. Santillan**
                                Edgardo D. Santillan, Esquire
                                PA ID# 60030
                                SANTILLAN LAW FIRM, P.C.
                                775 Fourth St.
                                Beaver, PA 15009
                                724-770-1040
                                ed@santillanlaw.com