IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-27649-CMB |
| DAVID C CASTELUCCI and REBECCA J. CASTELUCCI, | : | Chapter 13 |
| Debtors | : | Document No. |
| DAVID C CASTELUCCI and REBECCA J. CASTELUCCI | : | Related to Document Nos. 140, 148 & 151 |
| Movants | : | **ENTERED BY DEFAULT** |
| vs. | : | |
| VERIPRO SOLUTIONS, INC. | : | |
| Respondent | : | |

## ORDER OF COURT

**AND NOW**, to-wit, this __23rd__ day of __February__, 2018 upon consideration of the Debtors' Motion to Compel Veripro Solutions, Inc. Successor in interest to Countrywide Bank in to Satisfy Mortgage, and For Further Sanctions for Violating this Court's November 29, 2017 Order, it is hereby:

**ORDERED, ADJUDGED and DECREED** that

(1) Respondent, Veripro Solutions, Inc. has willfully failed to adhere to this Court's November 29, 2017 Order requiring satisfaction of Debtors' mortgage within 30 days therein;

(2) Respondent, Veripro Solutions, Inc. has willfully failed to adhere to this Court's November 29, 2017 Order requiring payment of counsel fees in the amount of $3,000.00 within 30 days therein;

(3) Finds Respondent in Contempt of Court for violation of the Debtors' Chapter 13 Discharge injunction of 11 U.S.C. §524 & 1328(a) and fines it the sum of $5,000.00 and Contempt of this Court's November 29, 2017 Order. Said fine shall be paid to the Debtors forthwith;

(4) Awards Debtors' Counsel, Santillan Law Firm, PC and Edgardo D. Santillan, Esquire additional attorney fees in the amount of $2,000.00 associated with filing this Motion. The total amount of $5,000.00 shall be paid to Edgardo D. Santillan, Esq. forthwith;

(5) The Debtors shall be permitted to record certified copies of this Order and the Debtors' Chapter 13 Discharge, with the County Recorder of Deeds, which will constitute a Satisfaction of the underlying mortgage of Countrywide / Bank of America. The mortgage filed on July 9, 2007 at the Beaver County Recorder of Deeds at Instrument No. 3302384 filed by Countrywide Bank FSB, and assigned to Veripro Solutions, Inc. against the Subject Property located at 130 Castel Avenue, Beaver Falls, PA 15010 shall be deemed satisfied, released, and discharged.

**BY THE COURT:**

_____
CARLOTTA M. BOHM , Judge
U.S. Bankruptcy Court

FILED
2/23/18 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 09-27649-CMB
David C. Castelucci                                             Chapter 13
Rebecca J. Castelucci
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: kthe              Page 1 of 1              Date Rcvd: Feb 23, 2018
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db/jdb         +David C. Castelucci,    Rebecca J. Castelucci,    130 Castel Avenue,
                Beaver Falls, PA 15010-8520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BAC Home Loans Servicing, LP agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    First Merit Bank bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Edgardo D. Santillan    on behalf of Debtor David C. Castelucci ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Joint Debtor Rebecca J. Castelucci ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com;r53999@notify.bestcase.com
              Joseph P. Schalk    on behalf of Creditor    Green Tree pawb@fedphe.com,    sromig@barley.com
              Luke A. Sizemore    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               lsizemore@reedsmith.com,    slucas@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Matthew R. Lubniewski    on behalf of Creditor    First Commonwealth Bank mlubniewski@lenderlaw.com,
               mimperatore@lenderlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 9